IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BIG JOHN HUNT,
a/k/a JOHN HUNT,
    Plaintiff,

vs.                                Case No.: 5:04cv199/LAC/EMT

JAMES THOMAS, et al.,
    Defendants.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 15, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of September, 2005.

                s/_L.A. Collier_
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**